**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| LADYNA RIVERA, o/b/o H.R., a minor, | : | Case No. 3:11-cv-163 |
| | : | District Judge Thomas M. Rose |
| Plaintiff, | | Magistrate Judge Michael J. Newman |
| | : | |
| vs. | | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

_____

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 16)**
_____

The Court has reviewed the August 17, 2012 Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 16), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b)(2) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the Defendant Commissioner's non-disability finding is affirmed, and this case be **CLOSED**.

September 6, 2012.                              *s/THOMAS M. ROSE
                                                                    Thomas M. Rose
                                                                    United States District Judge